FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      v.<br><br>LANCE SCOTT MICHEL,<br><br>                      Defendant. | No. 2:24-CR-00028-MKD<br><br>ORDER GRANTING UNITED STATES' MOTION FOR PROTECTIVE ORDER RE DISCOVERY<br><br>**ECF No. 18** |

      Before the Court is the United States' Motion for Protective Order re Discovery.  ECF No. 18.  The United States represents that discovery in this case includes sensitive information, such as minor victims' personal information and specific statements regarding the conduct supporting the indictment.  The United States moves for a protective order related to the dissemination of all discovery.  Defendant has no objection to the United States' proposed terms.  The parties recognize that relief from a protective order may need to be sought as the case proceeds.  The Court has reviewed the record and the motion and finds good cause to grant the motion.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

**1.** The United States' Motion for Protective Order re Discovery, **ECF No. 18**, is **GRANTED.**

**2.** The United States will provide discovery materials on an on-going basis to defense counsel.

**3.** Defense counsel may show to, and discuss with the Defendant, all discovery materials.

**4.** Defense counsel shall not provide original or copies of any discovery materials to the Defendant.

**5.** Discovery materials may not be left in the Defendant's custody.

**6.** Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** March 15, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2